# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                              CASE NO: 5:00cr14

JASON DURAND COATNEY,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

    Before the Court is the Government's Rule 35 motion (doc 60) and supplement (doc 62) advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

    Defendant's sentence of incarceration is hereby reduced from 165 months to "time served." He shall be released forthwith. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 17 October 2000 shall remain unchanged.

    **ORDERED** this 21st day of June 2006.

                                                                     *s/L.A. Collier*
                                                              LACEY A. COLLIER
                                                  Senior United States District Judge